**Affirmed and Memorandum Opinion filed February 11, 2020.**



In The

# Fourteenth Court of Appeals

NO. 14-18-00924-CR
NO. 14-18-00925-CR

**KEITH HEAD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 399th Judicial District Court**
**Bexar County, Texas**
**Trial Court Cause Nos. 2013CR5372 and 2011CR6417B**

## MEMORANDUM OPINION

Appellant brings these appeals from two judgments revoking his community supervision for two offenses of possession of a controlled substance. Appellant's appointed counsel filed a brief in each case in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the

record in each case and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807, 811–13 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant. Appellant was advised of the right to examine the appellate record and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). Appellant was granted access to the record in each case. As of this date, more than 60 days have passed and no pro se response has been filed.

We have carefully reviewed the record in each case and counsel's brief and agree the appeal in each case is wholly frivolous and without merit. Further, we find no reversible error in the record in each case. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, the judgment of the trial court in each case is affirmed.


PER CURIAM


Panel consists of Justices Bourliot, Hassan and Poissant.
Do Not Publish — Tex. R. App. P. 47.2(b).